# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162121(41)


*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION
_____

AFT MICHIGAN,
              Plaintiff,

v

PROJECT VERITAS, et al.,
              Defendants,
and

MICHIGAN ATTORNEY GENERAL,
              Intervening Defendant.
_____/

SC: 162121
USDC-ED: 4:17-cv-13292

      On order of the Chief Justice, the motion of amicus Michigan Coalition to End Domestic and Sexual Violence to file a response to the brief of amicus Cyber Civil Rights Initiative is GRANTED. The response will be accepted for filing if submitted on or before March 19, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2021



Clerk